THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Prather, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-554
Submitted October 1, 2008  Filed October
 9, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: James Prather appeals his convictions and sentences
 for trafficking cocaine and possession with intent to distribute cocaine within
 the proximity of a public park.  On appeal, Prather argues the trial court
 erred in denying his motion to suppress evidence obtained through an unlawful
 search.  Prather also asserts a similar pro se argument.  After a thorough review of the record, counsels
 brief, and Prathers pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Prathers appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.